UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23mj03213 Goodman

UNITED STATES OF AMERICA

vs.

ALEJANDRA PARRA ISAZA,

   Defendant.

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     */s/ Joshua L. Banker*_____
        Joshua L. Banker
        Assistant United States Attorney
        Major Crimes
        Court ID No. A5502947
        99 NE 4th Street, 6th Floor
        Miami, Florida 33132
        Tel: 305-961-9209
        Email: joshua.banker@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandra Parra Isaza | ) | Case No. 1:23mj03213 Goodman |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 12, 2023 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Attempted reentry of removed alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

_Raul Hernandez, Border Patrol Agent, DHS-CBP_
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime__

Date: 6/16/2023

_____
Judge's signature

City and state: _____ Miami, Florida _____     Hon. Jonathan Goodman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Raul Hernandez, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I am employed as a Border Patrol Agent with the United States Department of Homeland Security, Customs and Border Protection, United States Border Patrol, in Dania Beach, Florida. I have been so employed since September 2001. I am currently assigned to the Human Smuggling Group, where I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security. Such matters include violations of the immigration and customs laws of the United States. I have completed the U.S. Border Patrol Academy at the Federal Law Enforcement Training Center regarding proper investigative techniques, including the application for and execution of search, arrest, and seizure warrants, for violations of federal laws.

2.      This Affidavit is submitted in support of a criminal complaint charging Alejandra PARRA Isaza with attempted illegal reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a).

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against PARRA for the above-described criminal violation.

## PROBABLE CAUSE

4.      On or about June 12, 2023, Sector Miami Command Center (SECMIA) received notification from the United States Coast Guard (USCG) Cutter MANOWAR that they located a

SUSPECT VESSEL travelling westbound without navigational lights, approximately 30 nautical miles east of Miami, Florida. USCG launched two small vessels and notified Customs and Border Patrol Air and Marine Operations (AMO) who also launched a Coastal Interceptor Vessel. All units converged on the SUSPECT VESSEL. The SUSPECT VESSEL was stopped approximately 10 nautical miles east of Miami, Florida.

5.      AMO identified 11 persons on board the SUSPECT VESSEL, to include 5 Jamaicans, 3 Brazilians, 1 Colombian (identified as PARRA), 1 Syrian, and 1 Bahamian. All 11 occupants were transferred to the USCG Cutter MANOWAR for biometrics and identification purposes. Biometrics checks confirmed that PARRA is a Colombian citizen and that she had prior immigration and criminal arrests.

6.      An immigration history check revealed that PARRA was ordered removed from the United States on March 31, 2017, and that she was subsequently removed on April 1, 2017.  On that occasion, PARRA arrived at the Fort Lauderdale-Hollywood International Airport from Medellin, Colombia, and applied for admission using a Colombian passport and a valid U.S. Visa. However, during routine questioning and an interview conducted by Customs and Border Protection Officers, it was determined that PARRA fraudulently obtained her U.S. Visa. She was administratively charged with fraudulently obtaining a U.S. Visa and subsequently removed from the U.S to Colombia.

7.      During a post-*Miranda* interview, PARRA stated that she paid $7,000 dollars for to be smuggled to the United States. PARRA stated that her destination was California. PARRA admitted to previously being deported on or about 2017. PARRA claimed that the vessel was taking on water during most of the trip. PARRA stated that she attempted to apply for another visa but was denied.

2

8.      A search of PARRA's immigration records reflects that she did not have the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for readmission to the United States on June 12, 2023.

## CONCLUSION

9.      Based on the foregoing facts, I respectfully submit that there is probable cause to believe that PARRA, having been previously removed and deported from the United States, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly consented to such alien applying for readmission to the United States, in violation of Title 8, United States Code, Section 1326(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

Raul Hernandez
Border Patrol Agent
Department of Homeland Security
Customs and Border Protection

Attested to by the applicant in accordance
with the requirements of Fed.R.Crim.P. 4.1
by FaceTime this 16th day of June 2023.

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA