AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

United States of America
        Plaintiff (s),
V.
Alejandra Parra Isaza
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-MJ-03213-JG-1

Notice is hereby given that, subject to approval by the court, __Alejandra Parra Isaza__ (Party (s) Name) substitutes __Julian Stroleny, Esq.__ (Name of New Attorney), State Bar No. __102869__ as counsel of record in place of __Luis I. Guerra__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Stroleny Law, P. A.
- Address: 66 W Flagler Street, Miami, FL 33130
- Telephone: (305) 615-1285   Facsimile (305) 615-1374
- E-Mail (Optional): julian@strolenylaw.com

I consent to the above substitution.
Date: 6-28-23
    *Alejandra Parra* (Signature of Party (s))

I consent to being substituted.
Date: 6/27/23
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/27/23
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]