AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of Florida

United States of America
    Plaintiff (s),
V.
Alejandra Parra Isaza
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-MJ-03213-JG-1

Notice is hereby given that, subject to approval by the court, **Alejandra Parra Isaza** substitutes
(Party (s) Name)

**Julian Stroleny, Esq.**, State Bar No. **102869** as counsel of record in
(Name of New Attorney)

place of **Luis I. Guerra**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Stroleny Law, P. A.
    Address: 66 W Flagler Street, Miami, FL 33130
    Telephone: (305) 615-1285    Facsimile (305) 615-1374
    E-Mail (Optional): julian@strolenylaw.com

I consent to the above substitution.
Date: 6-28-23

*Alejandra Parra* (Signature of Party (s))

I consent to being substituted.
Date: 6/27/23

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/27/23

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 6/28/2023

Chief Magistrate Judge Edwin G. Torres

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]